# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2437

_____

| | | |
|---|---|---|
| Pedro Raymundo Bernabe, | * | |
| | * | |
| Petitioner, | * | Petition for Review |
| | * | of an Order of the |
| v. | * | Board of Immigration Appeals. |
| | * | |
| Eric H. Holder, Jr., Attorney General | * | [UNPUBLISHED] |
| of the United States, | * | |
| | * | |
| Respondent. | * | |

_____

Submitted:  December 22, 2010
Filed:  December 28, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Pedro Raymundo Bernabe petitions for review of an order of the Board of Immigration Appeals that affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture (CAT).  After careful review, we conclude the denial of asylum and related relief is supported by substantial evidence in the record.  See Khrystotodorov v. Mukasey, 551 F.3d 775, 781 (8th Cir. 2008); Samedov v. Gonzales, 422 F.3d 704, 708-09 (8th Cir. 2005).  Accordingly, we deny the petition.

_____